UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: | ) |
| | ) |
| BLAIR OIL INVESTMENTS, LLC, | ) Case No. 15-15009-TBM |
| | ) |
| Debtor. | ) Chapter 11 |

## MOTION FOR AUTHORITY TO SELL OIL AND GAS INTERESTS AS PROPERTY OF THE BANKRUPTCY ESTATE FREE AND CLEAR OF LIENS, AND TO PAY CUSTOMARY CLOSING COSTS

BLAIR OIL INVESTMENTS, LLC, by Jeffrey A. Weinman, Chapter 7 Trustee of the Bankruptcy Estate of Peter H. Blair, as manager and sole member of the Debtor, through his undersigned counsel, respectfully moves this Court for an Order Authorizing the Debtor to Sell certain Oil and Gas Interests as Property of the Estate and to Pay Customary Closing Costs, and states as follows:

1. Blair Oil Investments, LLC ("BOI") filed for relief under Chapter 11 of the Bankruptcy Code on May 7, 2015. BOI is operating as the Debtor-in-Possession.

2. Peter H. Blair ("Mr. Blair") filed his voluntary petition for relief under Chapter 11 of the Bankruptcy Code also on May 7, 2015, Case Number 15-15008 TBM. On August 20, 2015, Mr. Blair's bankruptcy case was converted to a case under Chapter 7.

3. Jeffrey A. Weinman is the Chapter 7 Trustee (the "Trustee") for Mr. Blair's bankruptcy estate.

4. Mr. Blair's bankruptcy estate is the holder of 100% of the membership of BOI. The Trustee has therefore elected himself as the Manager of BOI for purposes of this Bankruptcy Case and removed all prior Managers.

5. Mr. Weinman is informed and believes that the Debtor is the owner of an interest in certain oil and gas leases with wells and production equipment, oil and gas fixtures and personal property located thereon (collectively the "South Marnie Interests.") Such South Marnie Interests are located in Campbell County, Wyoming and are legally described on **Exhibit 1** attached hereto.

6. The Debtor has investigated the nature and extent of these South Marnie Interests. The Debtor owns approximately 117 other interests in other oil and gas interests

which the Debtor is not currently working. Rather, other owners of interests are working these wells. The Debtor receive regular dividends and incurs expenses for the other interests.

7. These South Marnie Interests are currently being operated by High Plains Energy Company, for the benefit of all of the owners of such interests. As working oil and gas interests, the Debtor believes that these South Marnie Interests carry the potential for a significant risk to the bankruptcy estate, including potential liability under the Comprehensive Environmental Response, Compensation, and Liability Act of 1980 ("CERCLA").

8. The Debtor desires to minimize the risks to the bankruptcy estate and the potential for future liability. As a result, the Debtor has determined that it is in the Estate's and the creditors' best interest to sell the South Marnie Interests.

9. To that end, the Debtor and Rock Creek Energy, LLC ("Rock Creek") have entered into a Purchase and Sale Agreement for the South Marnie Interests. A copy of the Purchase and Sale Agreement is attached hereto as **Exhibit 2** and incorporated herein by reference. Under the terms of the Purchase and Sale Agreement, Rock Creek will purchase all of the Estates' right, title and interest in the South Marnie Interests (including all related equipment, fixtures, and personal property), for the price of $11,000. The sale is without any representations of warranty of title and is "AS IS" "WHERE IS". The effective date of the sale is July 1, 2017 ("Effective Date"). Rock Creek is entitled to all income from the South Marnie Interests from and after the Effective Date, and is also assuming all liabilities and operating costs associated with the South Marnie Interests from and after the Effective Date. The sale to Rock Creek is conditioned on an order from this Court approving the sale.

10. To the best of the Debtor's knowledge, there are no persons or parties who hold a prior properly perfected liens or encumbrances in the South Marnie Interests.

11. The Debtor seeks authority, pursuant to 11 U.S.C. §§363(b) and (f) to sell the South Marnie Interests outside the ordinary course of business and free and clear of any liens and other interests in such property of entities other than the estate if any, to Rock Creek pursuant to the Purchase and Sale Agreement, for the sum of $11,000.

12. The Debtor has investigated the value of the South Marnie Interests, including the long term value, as well as the production value of the interests should the price of oil and/or natural gas rise over time. Moreover, the current operating costs of the South Marnie Interests currently exceed the revenues received by the Debtor. Based upon the Debtor's investigation, the Debtor believes that $11,000 is the highest and best price for the South Marnie Interests.

13. Based upon the Debtor's investigation, the Estate will incur certain customary closing costs as part of the sale of the South Marnie Interests to Rock Creek. Specifically, there may be property taxes owing for 2015, 2016, and/or 2017 which will be pro-rated as of the closing date. The Debtor also believes that there will be sales taxes not to exceed 10% on the personal property and equipment conveyed with this sale. As the Debtor negotiated directly with Rock Creek for the purchase of the South Marnie Interests, the Debtor has not incurred any commissions or other broker fees.

14. The Debtor seeks authority to pay all related closing costs, including taxes, from the purchase price as part of the sale of the South Marnie Interests to Rock Creek. Such costs would be an administrative expense of the Estate subject to priority pursuant to 11 U.S.C. §503(b).

15. The Debtor also requests that the Court lift the stay provided by Fed.R.Bankr.P. 6004(h), which automatically stays for 14 days an order authorizing the use, sale or lease of property other than cash collateral.

16. For the reasons set forth above, the Debtor asserts that the approval of the sale of the South Marnie Interests to Rock Creek is in the best interest of this bankruptcy estate and the creditors and represents the best chance for a meaningful distribution to the creditors.

**WHEREFORE,** the Debtor requests that this Court enter an Order:

A. Approving the Debtor's sale of the South Marnie Interests;

B. Authorizing the sale of the South Marnie Interests to Rock Creek Energy, LLC, under the terms of the Purchase and Sale Agreement;

C. Authorizing the Debtor to execute and deliver documents and instruments necessary, and to take all other actions as may be necessary and appropriate, to effectuate the sale of the South Marnie Interests and all related personal property, equipment and fixtures, as described herein;

D. Authorizing the Debtor to pay at closing all customary, reasonable and necessary costs of sale, such as recording fees, prorated taxes, sales taxes, and other closing costs;

E. Lifting the stay provided by Fed. Bankr. Rule 6004(h), on any Order authorizing the sale of the South Marnie Interests; and,

      F.      Granting such other and further relief as this Court deems appropriate.

Dated September 21, 2017.

Respectfully submitted,
BUECHLER & GARBER, LLC

*/s/ Kenneth J. Buechler*

_____
Kenneth J. Buechler, #30906
999 18th Street, Suite 1230-S
Denver, Colorado 80202
Tel: 720-381-0045
Fax: 720-381-0382
ken@BandGlawoffice.com