UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLORADO

In Re: §
  §
BLAIR OIL INVESTMENTS, LLC § Case No. 15-15009 TBM
  §
  §
      Debtor §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Jeffrey A. Weinman, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 1,654,609.75<br>*(Without deducting any secured claims)* | Assets Exempt: NA |
| Total Distributions to Claimants: 498,104.18 | Claims Discharged<br>Without Payment: NA |
| Total Expenses of Administration: 50,044.61 | |

3) Total gross receipts of $ 548,148.79  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00  (see **Exhibit 2**), yielded net receipts of $ 548,148.79  from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010) *(Page: 1)*

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ 1,216.74 | $ 1,216.74 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 34,031.71 | 34,031.71 | 34,031.71 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | 16,012.90 | 16,012.90 | 16,012.90 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 1,102,202.62 | 1,085,737.46 | 1,085,737.46 | 498,104.18 |
| **TOTAL DISBURSEMENTS** | $ 1,102,202.62 | $ 1,136,998.81 | $ 1,136,998.81 | $ 548,148.79 |

4) This case was originally filed under chapter 11 on 05/07/2015 , and it was converted to chapter 7 on 10/02/2018 . The case was pending for 9 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 07/02/2019      By:/s/Jeffrey A. Weinman, Trustee
                                      Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| WORKING INTERESTS | 1129-000 | 73,575.90 |
| UMB DIP ACCOUNT | 1229-000 | 474,572.89 |
| **TOTAL GROSS RECEIPTS** | | **$ 548,148.79** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000003 | CITY AND COUNTY OF DENVER/TREASURY | 4800-000 | NA | 1,216.74 | 1,216.74 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ NA** | **$ 1,216.74** | **$ 1,216.74** | **$ 0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TRUSTEE COMPENSATION:JEFFREY A. WEINMAN, TRUSTEE | 2100-000 | NA | 30,657.44 | 30,657.44 | 30,657.44 |
| TRUSTEE EXPENSES:JEFFREY A. WEINMAN, TRUSTEE | 2200-000 | NA | 90.80 | 90.80 | 90.80 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | NA | 285.86 | 285.86 | 285.86 |
| FIRST NATIONAL BANK OF VINITA | 2600-000 | NA | 2,347.61 | 2,347.61 | 2,347.61 |
| UNITED STATES TRUSTEE FOR THE DISTR | 2950-000 | NA | 650.00 | 650.00 | 650.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 34,031.71 | $ 34,031.71 | $ 34,031.71 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| PRIOR CHAPTER ATTORNEY FOR TRUSTEE/DIP FEES (OTHER FIRM): BUECHLER & GARBER, LLC | 6210-000 | NA | 16,012.90 | 16,012.90 | 16,012.90 |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ 16,012.90 | $ 16,012.90 | $ 16,012.90 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | BIG DIPPER HOT OIL SERVICES, INC. | | 390.00 | NA | NA | 0.00 |
| | CAERUS OPERATING, LLC | | 814.83 | NA | NA | 0.00 |
| | CAERUS OPERATING, LLC | | 613.72 | NA | NA | 0.00 |
| | CARD MEMBER SERVICES | | 19,265.86 | NA | NA | 0.00 |
| | DEVON ENERGY PROD CO, LP | | 353.48 | NA | NA | 0.00 |
| | DEVON ENERGY PROD CO. L.P | | 97.61 | NA | NA | 0.00 |
| | DIAMOND OPERATING, INC. | | 606.76 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | DIAMOND OPERATING, INC. | | 771.79 | NA | NA | 0.00 |
| | ELAND ENERGY, INC. | | 296.93 | NA | NA | 0.00 |
| | ELAND ENERGY, INC. | | 291.76 | NA | NA | 0.00 |
| | ELAND ENERGY, INC. | | 292.07 | NA | NA | 0.00 |
| | ELAND ENERGY, INC. | | 260.20 | NA | NA | 0.00 |
| | GHP HORWATH, P.C. | | 9,200.00 | NA | NA | 0.00 |
| | J&B OILFIELD SERVICES | | 260.00 | NA | NA | 0.00 |
| | J&B OILFIELD SERVICES | | 285.00 | NA | NA | 0.00 |
| | J&B OILFIELD SERVICES | | 288.00 | NA | NA | 0.00 |
| | J&B OILFIELD SERVICES | | 297.00 | NA | NA | 0.00 |
| | J&B OILFIELD SERVICES | | 294.00 | NA | NA | 0.00 |
| | J&B OILFIELD SERVICES | | 310.00 | NA | NA | 0.00 |
| | J&B OILFIELD SERVICES | | 573.00 | NA | NA | 0.00 |
| | J&B OILFIELD SERVICES | | 260.00 | NA | NA | 0.00 |
| | ROYAL SUPPLY | | 184.98 | NA | NA | 0.00 |
| | ROYAL SUPPLY | | 93.06 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | ROYAL SUPPLY | | 117.18 | NA | NA | 0.00 |
| | SEARLES ENTERPRISES, INC. | | 12,000.00 | NA | NA | 0.00 |
| | SHERMAN & HOWARD | | 1,406.50 | NA | NA | 0.00 |
| | TERRY BOUCHARD | | 600.00 | NA | NA | 0.00 |
| | TODD A. SEARLES | | 950.00 | NA | NA | 0.00 |
| | TODD A., SEARLES | | 950.00 | NA | NA | 0.00 |
| 000004 | AUDREY R. BLAIR REVOCABLE TRUST | 7100-000 | 1,045,773.93 | 1,081,432.50 | 1,081,432.50 | 496,129.19 |
| 000006 | COCHRAN CHEMICAL COMPANY | 7100-000 | 697.95 | 697.95 | 697.95 | 320.20 |
| 000001 | DAVID SELL, LLC | 7100-000 | 1,954.51 | 1,954.51 | 1,954.51 | 896.67 |
| 000005 | ROBINETT KING | 7100-000 | 1,320.00 | 1,320.00 | 1,320.00 | 605.58 |
| 000002 | SELL DRILLING, LLC | 7100-000 | 332.50 | 332.50 | 332.50 | 152.54 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 1,102,202.62 | $ 1,085,737.46 | $ 1,085,737.46 | $ 498,104.18 |

FORM 1
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
ASSET CASES

Page: 1
Exhibit 8

| Case No: | 15-15009 | TBM | Judge: THOMAS B. MCNAMARA | Trustee Name: | Jeffrey A. Weinman, Trustee |
|---|---|---|---|---|---|
| Case Name: | BLAIR OIL INVESTMENTS, LLC | | | Date Filed (f) or Converted (c): | 10/02/18 (c) |
| | | | | 341(a) Meeting Date: | 11/09/18 |
| For Period Ending: | 07/02/19 | | | Claims Bar Date: | 01/08/19 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| 2. VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| 3. VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| 4. VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| 5. VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| 6. VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| 7. VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| 8. VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| 9. VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| 10. VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| 11. VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| 12. ACCOUNTS RECEIVABLE (u) | 0.00 | 0.00 | | 0.00 | FA |
| 13. 33 PENNSYLVANIA ST., UNIT B | 225,000.00 | 0.00 | | 0.00 | FA |
| 14. CITYWIDE BANKS CHECKING ACCOUNT | 2,593.55 | 0.00 | | 0.00 | FA |
| 15. CITYWIDE BANKS SAVINGS ACCOUNT | 7,375.14 | 0.00 | | 0.00 | FA |
| 16. PERSONAL PROPERTY AT 33 PENNSYLVANIA ST. | 25,899.22 | 0.00 | | 0.00 | FA |
| 17. CAPITALIZED IDC'S | 558,127.73 | 0.00 | | 0.00 | FA |
| 18. ROYALTY INTERESTS | 22,631.00 | 0.00 | | 0.00 | FA |
| 19. WORKING INTERESTS | 734,291.53 | 73,575.90 | | 73,575.90 | FA |
| 20. COLORADO OFFICE EQUIPMENT | 22,860.15 | 0.00 | | 0.00 | FA |
| 21. GEOLOGICAL AND GEOPHYSICAL WELL AND LEASE EQUIP | 690,053.98 | 0.00 | | 0.00 | FA |
| 22. INVENTORY-WELL AND LEASE EQUIPMENT | 69,349.01 | 0.00 | | 0.00 | FA |
| 23. TOTAL INVENTORY - T&H EQUIPMENT | 30,719.97 | 0.00 | | 0.00 | FA |
| 24. UMB DIP ACCOUNT (u) | 0.00 | 474,572.89 | | 474,572.89 | FA |

| | | | | | Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $2,388,901.28 | $548,148.79 | | $548,148.79 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee's Final Report submitted to USTO on 3/18/19
Trustee's TDR submitted to USTO on 6/5/19

Initial Projected Date of Final Report (TFR): 12/31/19    Current Projected Date of Final Report (TFR): 12/31/19

/s/    Jeffrey A. Weinman, Trustee
_____  Date: 07/02/19
       JEFFREY A. WEINMAN, TRUSTEE

PFORM1    Ver: 22.01b

UST Form 101-7-TDR (10/1/2010) *(Page: 8)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 15-15009 -TBM | Trustee Name: | Jeffrey A. Weinman, Trustee |
|---|---|---|---|
| Case Name: | BLAIR OIL INVESTMENTS, LLC | Bank Name: | FIRST NATIONAL BANK OF VINITA |
|  |  | Account Number / CD #: | *******0933  Checking - Non Interest |
| Taxpayer ID No: | *******5870 |  |  |
| For Period Ending: | 07/02/19 | Blanket Bond (per case limit): | $ 49,037,481.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|  |  |  | BALANCE FORWARD |  |  |  | 0.00 |
| 10/23/18 | 24 | UMB BANK | FUNDS IN DIP ACCOUNT | 1229-000 | 474,572.89 |  | 474,572.89 |
| 10/26/18 | 19 | MCCULLIS OIL | SALE OF OIL INTEREST | 1129-000 | 73,575.90 |  | 548,148.79 |
| 11/05/18 | 003001 | KEN BUECHLER, ESQ.<br>BUECHLER & GARBER, LLC<br>999 18TH STREET<br>SUITE 1230S<br>DENVER, CO  80202 | ATTORNEY FEES<br>CHAPTER 11 ADMIN EXPENSES<br>COURT ORDER DATED 11/5/18 | 6210-000 |  | 16,012.90 | 532,135.89 |
| 11/07/18 |  | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 |  | 161.39 | 531,974.50 |
| 11/30/18 | 003002 | INTERNATIONAL SURETIES, LTD<br>ONE SHELL SQUARE<br>701 POYDRAS STREET, SUITE 420<br>NEW ORLEANS, LA  70139 | BOND PREMIUM | 2300-000 |  | 285.86 | 531,688.64 |
| 12/07/18 |  | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 |  | 550.42 | 531,138.22 |
| 01/08/19 |  | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 |  | 564.03 | 530,574.19 |
| 02/07/19 |  | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 |  | 563.42 | 530,010.77 |
| 03/07/19 |  | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 |  | 508.35 | 529,502.42 |
| 05/06/19 | 003003 | JEFFREY A. WEINMAN, TRUSTEE<br>730 17th Street<br>Suite 240<br>Denver, CO  80202 | Chapter 7 Compensation/Expense |  |  | 30,748.24 | 498,754.18 |
|  |  |  | Fees            30,657.44 | 2100-000 |  |  |  |
|  |  |  | Expenses           90.80 | 2200-000 |  |  |  |
| 05/06/19 | 003004 | United States Trustee for the District<br>of Colorado<br>1961 Stout Street, Ste. 12-200<br>Denver, CO 80294 | Claim 000007, Payment 100.00000% | 2950-000 |  | 650.00 | 498,104.18 |
| 05/06/19 | 003005 | David Sell, LLC<br>c/o Hilton Law Office | Claim 000001, Payment 45.87697% | 7100-000 |  | 896.67 | 497,207.51 |

Page Subtotals   548,148.79   50,941.28

Ver: 22.01b

LFORM24

UST Form 101-7-TDR (10/1/2010)  (Page: 9)

FORM 2

Page: 2

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 15-15009 -TBM | Trustee Name: | Jeffrey A. Weinman, Trustee |
|---|---|---|---|
| Case Name: | BLAIR OIL INVESTMENTS, LLC | Bank Name: | FIRST NATIONAL BANK OF VINITA |
| | | Account Number / CD #: | *******0933  Checking - Non Interest |
| Taxpayer ID No: | *******5870 | | |
| For Period Ending: | 07/02/19 | Blanket Bond (per case limit): | $ 49,037,481.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 05/06/19 | 003006 | 512 W. Rogers Blvd. Skiatook, OK 74070 Sell Drilling, LLC c/o Hilton Law Office 512 W. Rogers Blvd. Skiatook, OK 74070 | Claim 000002, Payment 45.87669% | 7100-000 | | 152.54 | 497,054.97 |
| 05/06/19 | 003007 | Audrey R. Blair Revocable Trust Christopher Blair, Successor Trustee Hulbert & Associates, LLC 1828 Clarkson Street Denver, Colorado 80218 | Claim 000004, Payment 45.87704% | 7100-000 | | 496,129.19 | 925.78 |
| 05/06/19 | 003008 | Robinett King P.O. Box 1066 Bartlesville, OK 74005 | Claim 000005, Payment 45.87727% | 7100-000 | | 605.58 | 320.20 |
| 05/06/19 | 003009 | Cochran Chemical Company 1800 Ray Davis Blvd. Seminole, OK 74868 | Claim 000006, Payment 45.87721% | 7100-000 | | 320.20 | 0.00 |

|  |  |  |
|---|---:|---:|
| COLUMN TOTALS | 548,148.79 | 548,148.79 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 548,148.79 | 548,148.79 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 548,148.79 | 548,148.79 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---:|---:|---:|
| Checking - Non Interest - *******0933 | 548,148.79 | 548,148.79 | 0.00 |
| | 548,148.79 | 548,148.79 | 0.00 |
| | (Excludes Account | (Excludes Payments | Total Funds |

Page Subtotals      0.00      497,207.51

Ver: 22.01b

Page: 3

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 15-15009 -TBM | Trustee Name: | Jeffrey A. Weinman, Trustee |
|---|---|---|---|
| Case Name: | BLAIR OIL INVESTMENTS, LLC | Bank Name: | FIRST NATIONAL BANK OF VINITA |
| | | Account Number / CD #: | *******0933  Checking - Non Interest |
| Taxpayer ID No: | *******5870 | | |
| For Period Ending: | 07/02/19 | Blanket Bond (per case limit): | $ 49,037,481.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | Checking - Non Interest - *******0933 | | Transfers) | To Debtors) | On Hand |

Page Subtotals              0.00              0.00

Ver: 22.01b

LFORM24

UST Form 101-7-TDR (10/1/2010) (Page: 11)